

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

No. 04-19-00796-CV

Jane G. **GARCIA**,
Appellant

v.

Daniel Muñiz **GARCIA**,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2017FLB001496-C3
Honorable Victor Villarreal, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the Final Decree of Divorce that determines and divides the marital estate is REVERSED. The remainder of the Final Decree of Divorce is AFFIRMED.

We REMAND the cause to the trial court for it to receive evidence necessary to find what property comprises the marital estate and render a just and right division of the community property.

Costs of court for this appeal are taxed against Daniel Muñiz Garcia.

SIGNED June 23, 2021.

_____
Patricia O. Alvarez, Justice